UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-1079-AG(DFMx) | Date | December 4, 2017 |
| Title | DENNIS MACDOUGALL, ET AL v AMERICAN HONDA MOTOR CO, INC, ET AL | | |

Present: The Honorable ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Shimon Yiftach; Lawrence Deutsch, PHV; Gary Mason; Peretz Bronstein (telephonically) | Livia Kiser Michael Sortnacy |

**Proceedings:** 1. SCHEDULING CONFERENCE
2. DEFENDANTS AMERICAN HONDA MOTOR CO, INC, AND HONDA NORTH AMERICA, INC'S MOTION TO DISMISS COMPLAINT [DKT 35]

Cause is called for hearing and counsel make their appearances. Motion is argued and taken under submission.

Court and counsel confer. The Court sets the following dates:

Discovery Cutoff is July 31, 2018. The Court waives the 90 day class certification rule.

A Final Pretrial Conference is set for January 14, 2019, at 8:30 a.m. A Jury Trial is set for January 29, 2019 at 9:00 a.m. Court sets the length of the trial at 10 days.

Counsel stipulate to and the Court orders ADR Procedure No. 3.

Scheduling Order Specifying Procedures is signed and filed this date.

Mtn: 15 min
SC: 10 min

: 25

Initials of Preparer     lmb

cc: ADR