Livia M. Kiser (Bar No. 285411)
Michael B. Shortnacy (Bar No. 277035)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
T: (213) 443-4355
F: (213) 443-4310
*lkiser@kslaw.com*
*mshortnacy@kslaw.com*
Attorneys for Defendants
AMERICAN HONDA MOTOR CO., INC.
AND HONDA NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DENNIS MACDOUGALL, RAY SEOW, PRABHANJAN KAVURI, RICHARD FRICK, JOSEPH RYAN PARKER, and BRYAN LENTZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and HONDA NORTH AMERICA, INC.,<br><br>  Defendants. | Case No. 8:17-cv-01079-AG (DFMx)<br><br>**SUPPLEMENTAL DECLARATION OF LIVIA M. KISER IN SUPPORT OF AMERICAN HONDA MOTOR CO., INC. AND HONDA NORTH AMERICA, INC.'S MOTION TO STRIKE THE TESTIMONY OF ROBERT PARKER**<br><br>Filed Concurrently Herewith:<br>  1) Notice of Motion and Motion<br>  2) Declaration of Livia M. Kiser and Exhibits;<br>  3) [Proposed] Order<br><br>Date:     August 5, 2019<br>Time:     10:00 a.m.<br>Location: Santa Ana Division, 10D<br>Judge:    Hon. A. Guilford |

I, Livia M. Kiser, declare as follows:

1. I am over 18 years old and I have personal knowledge of the facts in this declaration. If called to testify, I could and would competently testify to these facts.

2. I am counsel of record for Defendants American Honda Motor Co., Inc., and Honda North America, Inc., in the above-captioned case.

3. I make this declaration in further support of AHM's Motion to Strike the Testimony of Robert Parker (Dkt. # 151).

4. The below-listed documents annexed to Defendants' Motion to Strike the Testimony of Robert Parker (Dkt. # 151) are also exhibits filed with the Court in the June 3, 2019 Livia M. Kiser Declaration In Support of Defendants' Motion for Summary Judgment (Dkt. # 153) (*see* June 3 Kiser Decl., Ex. 2, at ECF Page ID # 3397; June 3 Kiser Decl., Ex. 17, at ECF Page ID# 3714.)

5. I note that Defendants filed a Notice of Errata with Court on June 4, 2019 (Dkt. # 157) correcting an inadvertent error in the June 3 L. Kiser Declaration and providing the Court an Exhibit (No. 22) that was inadvertently omitted in the electronic filing of the June 3 L. Kiser Declaration.  These errata do not affect the citation to the ECF page numbers above for Ex.'s 2 and 17 to the June 3 L. Kiser Declaration, which are still correctly located at the cited ECF Page ID's.

6. I am submitting this Declaration to assist the Court in cross-referencing these exhibits on Defendants' Motion to Strike to Defendants' Motion for Summary Judgment and accompanying Statement of Uncontroverted Facts.

7. The document filed at Dkt. #151-1 on the Motion to Strike is a true and correct copy of the Declaration of Robert G. Parker, dated January 15, 2019, which Plaintiffs rely on in support of their Motion for Class Certification.  (Dkt. # 147).  The version of the January 15 Parker Declaration filed at Dkt. #151-1 is redacted with proposed redactions of confidential business information that Defendants are seeking

1

SUPPL. DECL. OF LIVIA M. KISER IN SUPPORT OF AMERICAN HONDA MOTOR CO., INC. AND HONDA NORTH AMERICA, INC.'S MOTION TO STRIKE THE TESTIMONY OF ROBERT PARKER

1 leave to file under seal with the Court. (*See* Application for Leave to File Under Seal, Dkt. # 150).

8. The document filed at Dkt. # 151-2 is a true and correct copy of the April 15, 2019 Declaration of Robert Parker in Reply To Report Submitted by Mr. Jason Arst. Plaintiffs rely on the April 15 Parker Declaration in support of their Motion for Class Certification. (Dkt. # 147.)

9. The document filed at Dkt. # 151-3 is a true and correct copy of relevant excerpts from the April 30, 2019 deposition testimony of Dr. Robert Parker taken in Washington, D.C. in the above-captioned case.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 4th day of June 2019, at Chicago, Illinois.

*/s/ Livia M. Kiser*
Livia M. Kiser

34419779.v2