1  Livia M. Kiser (Bar No. 285411)
2  Michael B. Shortnacy (Bar No. 277035)
   KING & SPALDING LLP
3  633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
   T: (213) 443-4355
5  F: (213) 443-4310
6  *lkiser@kslaw.com*
   *mshortnacy@kslaw.com*
7
8  Attorneys for Defendants
   AMERICAN HONDA MOTOR CO., INC.
9  AND HONDA NORTH AMERICA, INC.
10

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
13                    **SOUTHERN DIVISION**
14

| DENNIS MACDOUGALL, RAY SEOW, PRABHANJAN KAVURI, RICHARD FRICK, JOSEPH RYAN PARKER, and BRYAN LENTZ, individually and on behalf of all others similarly situated, | Case No. 8:17-cv-01079-AG (DFMx) |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE RE: DOCUMENTS FILED UNDER SEAL PURSUANT TO COURT ORDER DATED JULY 1, 2019** |
| v. | **L.R. 79-5.2.2(C)** |
| AMERICAN HONDA MOTOR CO., INC., and HONDA NORTH AMERICA, INC., | |
| Defendants. | |

PROOF OF SERVICE

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the County of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. I am over the age of eighteen years and not a party to the within action.

On July 3, 2019, I served the following document(s) in the manner described below:

(1) UNREDACTED DOCUMENTS (DOCKET 170), IDENTIFIED IN THE COURT'S JULY 1, 2019 ORDER (DOCKET 168); AND

(2) NOTICE OF ELECTRONIC FILING OF DOCUMENT NUMBER: 170

☑ (BY ELECTRONIC SERVICE): By causing to be electronically transmitted a true and correct copy through King & Spalding LLP's secure electronic file transfer ("FTP") system to the email addresses set forth below based on an agreement by the parties as proper means of service.

Executed on July 3, 2019, at Los Angeles, California.

_____
MICHAEL B. SHORTNACY

## SERVICE LIST

Peretz Bronstein
Bronstein Gewirtz and Grossman
60 East 42nd Street Suite 4600
New York, NY 10165
212-697-6484
212-697-7296 (fax)
peretz@bgandg.com

Lawrence Deutsch
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103-6365
215-875-3062
215-875-4604 (fax)
ldeutsch@bm.net

Gary E Mason
Whitfield Bryson and Mason LLP
5101 Wisconsin Avenue NW Suite 305
Washington, DC 20016
202-640-1166
202-429-2294 (fax)
gmason@wbmllp.com

Jeffrey L Osterwise
Berger and Montague PC
1622 Locust Street
Philadelphia, PA 19103
215-875-4642
215-875-4604 (fax)
josterwise@bm.net

34538577.v1

2
PROOF OF SERVICE