1  Livia M. Kiser (SBN 285411)
   *lkiser@kslaw.com*
2  Michael B. Shortnacy (SBN 277035)
3  *mshortnacy@kslaw.com*
   KING & SPALDING LLP
4  633 West 5th Street, Suite 1600
   Los Angeles, CA 90071
5  T: (213) 443-4355
   F: (213) 443-4310
6
7  Attorneys for Defendants
   AMERICAN HONDA MOTOR CO., INC.
8  and HONDA NORTH AMERICA, INC.

9
                UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
                     SOUTHERN DIVISION
11

12 | DENNIS MACDOUGALL, RAY SEOW, | Case No. 8:17-cv-01079-AG (DFMx)
13 | PRABHANJAN KAVURI, RICHARD |
   | FRICK, JOSEPH RYAN PARKER, and | **DECLARATION OF ROBERT HALL**
14 | BRYAN LENTZ, individually and on | **IN SUPPORT OF APPLICATION**
   | behalf of all others similarly situated, | **FOR ORDER GRANTING LEAVE**
15 |                                  | **TO FILE CONFIDENTIAL**
16 |         Plaintiffs,              | **BUSINESS DOCUMENTS AND**
   |                                  | **WITNESS TESTIMONY UNDER**
17 |      v.                          | **SEAL (Dkt. # 172)**
18 | AMERICAN HONDA MOTOR CO.,        |
19 | INC., and HONDA NORTH AMERICA,   | Date:      August 5, 2019
   | INC.,                            | Time:      10:00 a.m.
20 |         Defendants.              | Location:  Santa Ana Division, 10D
21 |                                  | Judge:     Hon. A. Guilford

22
23
24
25                  **DECLARATION OF ROBERT HALL**
26
27
28
---
DECL. OF ROBERT HALL IN SUPPORT OF APPLICATION TO FILE CONFIDENTIAL BUSINESS DOCUMENTS
                AND WITNESS TESTIMONY UNDER SEAL

I, Robert Hall, declare as follows:

1.      I am over 18 years old and I have personal knowledge of the facts in this declaration. If called to testify, I could and would competently testify to these facts.

2.      I am a Service Engineer for American Honda Motor Co., Inc. ("AHM") a defendant in the matter of *MacDougall, et al. v. American Honda Motor Co., Inc.,* in the United States District Court for the Central District of California, case number 8:17-cv-01079-AG (DFMx).

3.      I make this declaration in connection with Plaintiffs' Application for An Order Granting Leave to File Documents Under Seal (Dkt. # 172), filed with the Court on July 8, 2019.  I also refer the Court, and incorporate by reference herein, to my prior declarations on the confidential nature of very similar Honda documents at issue in this litigation, dated May 28, 2019 (Dkt. 149-2), June 4, 2019 (Dkt. 154), and June 21, 2019 (Dkt. 165-2).

4.      I am familiar with and have reviewed the documents and testimony annexed to the Declaration of Jeffrey Osterwise in Support of Plaintiffs' Application For an Order Granting Leave to File Documents Under Seal, dated July 8, 2019 (the "Osterwise Decl.") (Dkt. # 173).

5.      I am advised that Osterwise Decl. Exhibit Nos. 1, 2, 6 (overlapping testimony experts), 7, 8, 33 (overlapping testimony excerpts), and 34 were previously ordered to be filed under seal by the Court.

6.      I make this declaration to provide information and confirmation to the Court that all of the documents and witness testimony cited in the Osterwise Decl. (including those already sealed by the Court) are AHM's proprietary, non-public, confidential business information, and include, variously, proprietary technical information, and costs and pricing information, as well as information about AHM's business processes, the public disclosure of which would do harm to AHM's business.

1    7.    Previously sealed **Exhibit 1** of the Osterwise Decl.

2  (HRA_ODYT_00000355_REV) is a proprietary internal presentation containing

3  market analysis, technical information about proposed countermeasures for non-class

4  vehicles, information regarding costs of market actions for class and non-class

5  vehicles and unrelated transmission systems, and technical information about AHM's

6  proprietary software application processes.

7    8.    Previously sealed **Exhibit 2** of the Osterwise Decl.

8  (AMH_ODYT_000008524) is an internal presentation regarding market analysis and

9  proposed countermeasures for non-class vehicles and contains information regarding

10  costs of market actions for non-class vehicles and unrelated transmission systems, an

11  analysis of priority and technical basis of countermeasures, technical specifications of

12  torque converter parts, and contains analysis of methods of market monitoring and

13  vehicle performance.

14    9.    **Exhibit 3** of the Osterwise Decl. (AHM_ODYT_000006392) is an

15  internal presentation regarding technical root cause and market analysis for class and

16  non-class vehicles relating to the 6AT torque converter and contains information

17  regarding costs of claims for class and non-class vehicles and parts testing information

18  and specifications, including for non-class vehicles.

19    10.    **Exhibit 5** of the Osterwise Decl. (AHM_ODYT_000008038) contains

20  highly confidential information regarding internal occurrence forecasts for class and

21  non-class vehicles, proposed countermeasures for class and non-class vehicles, the

22  cost and pricing of market actions for class and non-class vehicles, technical

23  information for class and non-class vehicles, and proprietary information regarding

24  market monitoring processes.

25    11.    **Exhibit 6** of the Osterwise Decl. includes portions of confidential

26  deposition testimony from myself, Robert Hall, which contains confidential business

27  information such as service engineering matters, internal business structures, and

28  technical countermeasure matters.

DECL. OF ROBERT HALL IN SUPPORT OF APPLICATION TO FILE CONFIDENTIAL BUSINESS DOCUMENTS
AND WITNESS TESTIMONY UNDER SEAL

1        12.     Previously sealed **Exhibit 7** of the Osterwise Decl.

2   (AHM_ODYT_00000843) contains confidential cost information for warranty claims

3   of non-class vehicles and shows internal investigation processes for market

4   investigations.

5        13.     Previously sealed **Exhibit 8** of the Osterwise Decl.

6   (AHM_ODYT_000007676) contains non-public internal business communications

7   reflecting the process for tracking service issues, and an attached internal presentation

8   reflecting proprietary parts cost and claim rates for issues unrelated to those in this

9   litigation and for non-class vehicles.

10       14.     **Exhibit 9** of the Osterwise Decl. (AHM_ODYT_000010785) contains

11  internal business communications with an attached internal presentation regarding

12  warranty data related to class and non-class vehicles, proposed countermeasures for

13  class and non-class vehicles, technical information for class and non-class vehicles,

14  and shows internal processes for market monitoring.

15       15.     **Exhibit 10** of the Osterwise Decl. includes portions of confidential

16  deposition testimony from Honda affiliated witness Nikolas Heitkamp, which contains

17  confidential business information regarding vehicle warranty coverage and markets.

18       16.     **Exhibit 13** of the Osterwise Decl. (AHM_ODYT_000001431) contains

19  proprietary customer retention and resolution system reports, which contain specific

20  case details, personal identifying information of customers and Honda personnel, and

21  non-public cost information.

22       17.     **Exhibit 14** of the Osterwise Decl. (AHM_ODYT_000001420) contains

23  proprietary customer retention and resolution system reports, which contain specific

24  case details, personal identifying information of customers and Honda personnel, and

25  non-public cost information.

26       18.     **Exhibit 28** of the Osterwise Decl. (AHM_ODYT_000000745) contains

27  proprietary customer retention and resolution system reports, which contain specific

28

DECL. OF ROBERT HALL IN SUPPORT OF APPLICATION TO FILE CONFIDENTIAL BUSINESS DOCUMENTS
AND WITNESS TESTIMONY UNDER SEAL

1  case details, personal identifying information of customers and Honda personnel, and

2  non-public cost information.

3      19.    **Exhibit 29** of the Osterwise Decl. (AHM_ODYT_000000773) contains

4  proprietary customer retention and resolution system reports, which contain specific

5  case details, personal identifying information of customers and Honda personnel, and

6  non-public cost information.

7      20.    **Exhibit 30** of the Osterwise Decl. (AMH_ODYT_000000677) contains

8  proprietary customer retention and resolution system reports, which contain specific

9  case details, personal identifying information of customers and Honda personnel, and

10  non-public cost information.

11      21.    **Exhibit 33** of the Osterwise Decl. includes portions of confidential

12  deposition testimony from Honda affiliated witness, Thomas Shepard, which contains

13  confidential business information such as market monitoring processes and data,

14  occurrence forecasts, warranty coverage information, and technical service

15  engineering matters.

16      22.    **Exhibit 34** of the Osterwise Decl. includes portions of confidential

17  deposition testimony from Honda affiliated witness Michael Gibson, which contain

18  confidential business information such as market monitoring processes and data,

19  occurrence forecasts, warranty coverage information, and technical service

20  engineering matters.

21      23.    **Exhibit 35** of the Osterwise Decl. (HRA_ODYT_00000284_REV)

22  contains confidential information regarding class and non-class vehicle warranty trend

23  analysis, class and non-class vehicle technical part analysis, class and non-class

24  vehicle countermeasure data, and class and non-class vehicle market treatment

25  assessments.

26      24.    Finally, **Exhibit 37** of the Osterwise Decl. (AHM_ODYT_000006447)

27  contains confidential information regarding class and non-class vehicle

28  countermeasure histories, prior and potential future market activity for non-class

DECL. OF ROBERT HALL IN SUPPORT OF APPLICATION TO FILE CONFIDENTIAL BUSINESS DOCUMENTS
AND WITNESS TESTIMONY UNDER SEAL

1 | vehicles, class and non-class technical vehicle repair information, and class and non-

2 | class vehicle warranty data.

3 |      25.    In light of the proprietary, highly sensitive, non-public, confidential

4 | business information discussed in this Declaration and for the reasons set forth in my

5 | May 28, 2019, June 4, 2019, and June 21, 2019 Declarations, I respectfully request

6 | that this Court grant leave to file each of the identified documents and testimony

7 | excerpts under seal.

8 |

9 |      Under penalty of perjury provided by the law of the United States, I swear that

10 | the foregoing is true and correct.

11 |

12 | Dated: July 10, 2019

13 |

14 | _Robert Hall_

15 | ROBERT HALL
Service Engineer

16 | American Honda Motor Co., Inc.

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

DECL. OF ROBERT HALL IN SUPPORT OF APPLICATION TO FILE CONFIDENTIAL BUSINESS DOCUMENTS
AND WITNESS TESTIMONY UNDER SEAL