Shimon Yiftach, Esq. (SBN 277387)
*shimony@bgandg.com*
Bronstein Gewirtz & Grossman
1925 Century Park East, Suite 1990
Los Angeles, CA 90067
T: (424) 322-0322
F: (212) 697-7296

*Attorneys for Plaintiffs*
[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DENNIS MACDOUGALL, RAY SEOW, PRABHANJAN KAVURI, RICHARD FRICK, JOSEPH RYAN PARKER, and BRYAN LENTZ, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br>　　v.<br>AMERICAN HONDA MOTOR CO., INC., and HONDA NORTH AMERICA, INC.,<br>　　　　　Defendants. | Case No. 8:17-cv-01079-AG (DFMx)<br><br>**JOINT STIPULATION AND REQUEST FOR ADJOURNMENT OF FINAL PRE-TRIAL CONFERENCE DEADLINES AND TRIAL DATE**<br><br>Assigned to Hon. Andrew J. Guilford<br><br>Pre-trial Conf.:　　October 28, 2019<br>Trial Date:　　　　December 5, 2019 |

1   Plaintiffs Dennis MacDougall, Ray Seow, Prabhanjan Kavuri, Joseph Ryan
2   Parker, and Bryan Lentz (collectively, "Plaintiffs") and the remaining Defendant
3   American Honda Motor Co., Inc. ("AHM") (together, "Parties), subject to the
4   approval of this Court, hereby stipulate and respectfully jointly request as follows:
5   WHEREAS, this is matter is currently set for a final pre-trial conference on
6   October 28, 2019, and trial on December 5, 2019, triggering imminent deadlines for
7   various pre-trial motions and other submissions to the Court in connection with trial
8   [set by Order at ECF No. 140];
9   WHEREAS, currently pending before the Court are the following motions:
10   (i) Plaintiffs' Motion to Certify Class (ECF No. 179);
11   (ii) Defendant's Motion for Summary Judgment (ECF No. 155-1);
12   (iii) Defendant's Motion to Strike the Testimony of Robert Parker (ECF No.
13       151); and
14   (iv) Defendant's Motion to Strike the Testimony of Stefan Boedeker (ECF
15       No. 166); and
16   WHEREAS, the Parties have met and conferred and believe that judicial
17   economy and efficiency will be best served if Your Honor rules on the pending
18   motions before the Parties attempt to proceed with preparing for a trial of which the
19   scope cannot now be known.
20   NOW THEREFORE, the Parties hereby stipulate and agree and respectfully
21   request the Court's approval that: (i) the currently scheduled October 28, 2019 final
22   pre-trial conference and December 5, 2019 trial date be adjourned until after Your
23   Honor rules on the Parties' pending motions; and (ii) the Parties be permitted to
24   submit within 10 (ten) days of Your Honor's rulings a revised final pre-trial
25   conference and trial date for the Court's consideration.
26   IT IS SO STIPULATED AND RESPECTFULLY REQUESTED.
27   / /
28   / /

|     |                              |                                          |
| --- | ---------------------------- | ---------------------------------------- |
| 1   |                              |                                          |
| 2   |                              |                                          |
| 3   | Dated September 23, 2019     | WHITFIELD BRYSON & MASON LLP             |

Dated September 23, 2019                WHITFIELD BRYSON & MASON LLP

By:  */s/ Gary E. Mason*
Gary E. Mason
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
T: (202) 429-2290
F: (202) 429-2294
*gmason@wbmllp.com*
Attorneys for Plaintiffs

Shimon Yiftach, Esq. (SBN 277387)
Peretz Bronstein*
**BRONSTEIN GEWIRTZ & GROSSMAN**
1925 Century Park East, Suite 1990
Los Angeles, CA 90067
T: (424) 322-0322
*shimony@bgandg.com*
*peretz@bgandg.com*

Lawrence Deutsch*
Jeffrey Osterwise*
**BERGER & MONTAGUE, P.C.**
1818 Market St.
Philadelphia, PA 19103
T: (215) 875-3062
F: (215) 875-4604
*ldeutsch@bm.net*
*josterwise@bm.net*

*Attorneys for Plaintiffs*

Dated September 23, 2019                KING & SPALDING LLP

By:  */s/ Michael Shortnacy*
Michael B. Shortnacy
*Attorneys for Defendant*
AMERICAN HONDA MOTOR CO., INC.

JOINT STIPULATION AND REQUEST FOR ADJOURNMENT OF FINAL PRE-TRIAL CONFERENCE AND TRIAL DATE

**ATTESTATION STATEMENT**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated September 23, 2019

By: */s/ Gary E. Mason*
Gary E. Mason