# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DENNIS MACDOUGALL, RAY SEOW, PRABHANJAN KAVURI, RICHARD FRICK, JOSEPH RYAN PARKER, and BRYAN LENTZ, individually and on behalf of all others similarly situated,<br>                    Plaintiffs,<br>    v.<br><br>AMERICAN HONDA MOTOR CO., INC., and HONDA NORTH AMERICA, INC.,<br>                    Defendants. | Case No. 8:17-cv-01079-AG (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ADJOURNMENT OF FINAL PRE-TRIAL CONFERENCE DEADLINES AND TRIAL DATE**<br><br>Assigned to Hon. Andrew J. Guilford<br><br>Pre-trial Conf.:   October 28, 2019<br>Trial Date:         December 5, 2019 |

The Court, having considered the parties' Joint Stipulation and Request to adjourn the currently scheduled October 28, 2019 final pre-trial conference and December 5, 2019 trial date until this Court rules on the pending motions before it [ECF Nos. 179, 155-1, 151, 166], and good cause appearing therefore, hereby ORDERS that:

(i) The currently scheduled October 28, 2019 final pre-trial conference, all pre-trial submission deadlines, and December 5, 2019 trial date are adjourned until this Court rules on the parties' pending motions; and

(ii) Within 10 (ten) days of the Court's ruling(s) on the pending motions, the parties shall submit a proposed new trial date and schedule for all pre-trial submissions, for the Court's consideration.

IT IS SO ORDERED

Dated SEPT 24, 2019

HON. ANDREW J. GUILFORD
SENIOR UNITED STATES DISTRICT JUDGE

THE PARTIES ARE URGED TO DISCUSS SETTLEMENT.