1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **CENTRAL DISTRICT OF CALIFORNIA**
10     **SOUTHERN DIVISION**

| | |
|---|---|
| DENNIS MACDOUGALL, *et al.*, | Case No. 8:17-cv-01079-AG (DFMx) |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION AND REQUEST FOR CONTINUANCE AND ABEYANCE PENDING MEDIATION** |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., *et al.*, | Assigned to Hon. Andrew J. Guilford |
| Defendants. | Hearing Date: November 21, 2019 |

The Court, having considered the Parties' Joint Stipulation and Request for Continuance and Abeyance of the November 21, 2019 Hearing on Pending Motions and related supplemental briefing deadlines, and good cause appearing therefore, hereby ORDERS that:

(i) The currently scheduled November 21, 2019 Hearing on Pending Motions and all supplemental briefing deadlines related to this hearing are continued and held in abeyance pending the outcome of the Parties' anticipated mediation;

(ii) The Parties will notify the Court of the mediation date and time once it has been scheduled and confirmed;

(iii) Within ten (10) days following the mediation, the Parties shall submit a Joint Status Report regarding the outcome of the mediation; and

(iv) If the Parties are unable to formally resolve this matter, they will propose a new date for the Hearing on Pending Motions and propose deadlines for supplemental briefing and reply papers automatically be extended to twenty-one (21) days and fourteen (14) days, respectively, preceding the new hearing date, which will be subject to the Court's availability.

IT IS SO ORDERED.

Dated: November 5, 2019

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE AND ABEYANCE PENDING MEDIATION
35528373.v2