Shimon Yiftach, Esq. (SBN 277387)
*shimony@bgandg.com*
Bronstein Gewirtz & Grossman
1925 Century Park East, Suite 1990
Los Angeles, CA 90067
T: (424) 322-0322
F: (212) 697-7296

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DENNIS MACDOUGALL, RAY SEOW, PRABHANJAN KAVURI, RICHARD FRICK, JOSEPH RYAN PARKER, and BRYAN LENTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and HONDA NORTH AMERICA, INC.,<br>Defendants. | Case No. 8:17-cv-01079-AG (DFMx)<br><br>**JOINT STATUS REPORT REGARDING MEDIATION PURSUANT TO THE COURT'S NOVEMBER 5, 2019 ORDER [ECF NO. 222]**<br><br>Assigned to Hon. Andrew J. Guilford |

JOINT STATUS REPORT REGARDING MEDIATION PURSUANT TO THE COURT'S
NOVEMBER 5, 2019 ORDER [ECF NO. 222]

Pursuant to the Court's Order Granting Joint Stipulation and Request for Continuance and Abeyance Pending Mediation dated November 5, 2019 (ECF No. 222) ("November 5, 2019 Order"), plaintiffs Dennis MacDougall, Ray Seow, Prabhanjan Kavuri, Joseph Ryan Parker, and Bryan Lentz (collectively, "Plaintiffs") and the remaining Defendant American Honda Motor Co., Inc. ("AHM," and together, the "Parties"), hereby jointly advise the Court that on January 23, 2020, the Parties participated in a mediation with the Honorable Rosalyn Chapman (Ret.) of JAMS Mediation, Arbitration and ADR Services. The Parties did not reach a resolution of the matter.

The Parties, therefore, jointly propose to reset the Hearing on Pending Motions (*See* ECF. No. 220) to April 20, 2020 at 10:00 a.m., subject to the availability of the Court, for the following motions currently pending:

    (i)    Plaintiffs' Motion for Class Certification (ECF No. 179);

    (ii)    Defendant's Motion for Summary Judgment (ECF No. 155-1);

    (iii)    Defendant's Motion to Strike the Testimony of Dr. Robert Parker (ECF No. 151); and

    (iv)    Defendant's Motion to Strike the Testimony of Stefan Boedeker (ECF No. 166) (collectively, "Pending Motions").

In addition, per the Court's October 29, 2019 order (ECF 220) and in accordance with the schedule set forth therein, Defendant will file a supplemental brief of no more than fifteen (15) pages describing (1) whether Mr. Boedeker's conjoint study sufficiently accounts for supply-side considerations; and (2) how the motion to strike Mr. Boedeker's testimony impacts whether and to what extent summary judgment should be granted in this case. ECF 220 at 1. Plaintiffs may submit a responsive pleading of equal length per the schedule set by the Court in that order. *Id.*

Based on the proposed date of April 20, 2020 for the Hearing on Pending Motions, Defendant will file this supplemental brief by no later than March 30, 2020, or twenty-one (21) days in advance of April 20, 2020. If Plaintiffs elect to submit a

1

1  responsive brief of equal length they shall do so on or before April 6, 2020, or
2  fourteen (14) days before April 20, 2020.
3        Should the Court elect to hold the Hearing on Pending Motions on another date,
4  Defendant will submit its supplemental brief of fifteen pages by no later than twenty-
5  one days in advance of that date, and if Plaintiffs elect to submit a response of equal
6  length, they shall do so by no later than fourteen days in advance of the date.

                              Respectfully submitted,

DATED:    February 3, 2020      **KING & SPALDING LLP**
                                 By: */s/ Michael B. Shortnacy*
                                 Michael B. Shortnacy (SBN 285411)
                                 Livia M. Kiser (SBN 277035)
                                 633 West 5th Street, Suite 1600
                                 Los Angeles, CA 90071
                                 T: (213) 443-4355
                                 F: (213) 443-4310
                                 mshortnacy@kslaw.com
                                 lkiser@kslaw.com

                                 *Attorneys for Defendant*

DATED:    February 3, 2020      **BERGER MONTAGUE**
                                 By: */s/Jeffrey Osterwise*
                                 Lawrence Deutsch*
                                 Jeffrey Osterwise*
                                 1818 Market Street
                                 Philadelphia, PA 19103
                                 T: (215) 875-3062
                                 F: (215) 875-4604
                                 ldeutsch@bm.net
                                 josterwise@bm.net

                                 Gary E. Mason*
                                 **WHITFIELD BRYSON & MASON, LLP**
                                 5101 Wisconsin Avenue NW, Suite 305
                                 Washington, D.C. 20016
                                 T: (202) 429-2290
                                 F: (202) 429-2294
                                 gmason@wbmllp.com

| | |
|---|---|
| | Shimon Yiftach (SBN 277387) |
| | Peretz Bronstein* |
| | **BRONSTEIN GEWIRTZ & GROSSMAN** |
| | 1925 Century Park East, Suite 1990 |
| | Los Angeles, CA 90067 |
| | T: (424) 322-0322 |
| | shimony@bgandg.com |

* Admitted *pro hac vice*     *Attorneys for Plaintiffs*

JOINT STATUS REPORT REGARDING MEDIATION PURSUANT TO THE COURT'S
NOVEMBER 5, 2019 ORDER [ECF NO. 222]

# ATTESTATION STATEMENT

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 3, 2020

By: */s/Jeffrey Osterwise*
**BERGER MONTAGUE**
Jeffrey Osterwise*
1818 Market Street
Philadelphia, PA 19103
T: (215) 875-3062
F: (215) 875-4604
josterwise@bm.net

* Admitted *pro hac vice*

*Attorney for Plaintiffs*