UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

February 5, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

In the Matter of the Transfer of Cases from the Calendar

of

Judge ANDREW J. GUILFORD

ORDER OF THE CHIEF JUDGE

20-010

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following case be reassigned from the calendar of Judge Andrew J. Guilford to the calendar of Judge Jesus G. Bernal for all further proceedings:

| Case Number | Case Name |
|---|---|
| 2:18-cv-03372-AG-E | Michael Louis Beattie v. L. Haleen et al |
| 5:18-cv-00400-AG-AGR | Pedro Rodriguez v. Neil McDowell et al |
| 5:18-cv-01181-AG-AGR | Pedro Luis Rodriguez v. Arthur Anderson |
| 8:15-cv-00202-AG-JCGx | Afrkhz Nikmanesh v. Wal-Mart Stores, Inc., et al. |
| 8:17-cv-01079-AG-DFMx | Dennis MacDougall et al v. American Honda Motor Co., Inc et al |
| 8:18-cv-02118-AG-KESx | Sean Heieck et al v. Federal Signal Corporation |
| 8:19-cv-00844-AG-JDEx | Homeland Insurance Company of New York V. Progressive Power Group Inc., et al. |
| 8:19-cv-00994-AG-MRWx | State Farm General Insurance Company v. Samsung International, Inc. et al |
| 2:19-cr-00400-AG | USA V. *SEALED* |

Dated: January 31, 2020

_____
Chief Judge Virginia A. Phillips