JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Dennis MacDougall, et al., <br><br> Plaintiffs, <br><br> v. <br><br> America Honda Motor Co., Inc., et al., <br><br> Defendants. | Case No. SACV 8:17-CV-1079 JGB (DFMx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendants American Honda Motor Co., Inc. and Honda North America, Inc. is GRANTED. Plaintiffs Dennis MacDougall, Ray Seow, Prabhanjan Kavuri, Richard Frick, Joseph Ryan Parker and Bryan Lentz's complaint against Defendants is DISMISSED with prejudice.

Judgment is entered in favor of Defendants.

Dated: September 11, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge