# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | | | | |
|---|---|---|---|---|---|
| 1a. Contact Person for this Order | Taylor L. Heath | 2a. Contact Phone Number | 443-425-0689 | 3a. Contact E-mail Address | theath@masonllp.com |
| 1b. Attorney Name (if different) | Gary E. Mason | 2b. Attorney Phone Number | 202-429-2290 | 3b. Attorney E-mail Address | gmason@masonllp.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Mason Lietz & Klinger LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016

| | |
|---|---|
| 5. Name & Role of Party Represented | Plaintiffs Dennis MacDougall, Ray Seow, Prabhanjan Kavuri, Joseph Ryan Parker and Bryan Lentz |
| 6. Case Name | Dennis MacDougall, et al. v. American Honda Motor Co., Inc., et al. |
| 7a. District Court Case Number | 8:17-cv-01079-AG-DFM |
| 7b. Appeals Court Case Number | 20-56060 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miriam Baird

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/2019 | A. Guilford | Motion for Summary Judgment, Motions to Strike, and Motion for Class Certification | ● | ○ | ○ | ○ | ○ | ○ | ○ 11/14/2019 | Daily (Next Day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/9/2020   Signature: /s/ Gary E. Mason

G-120 (06/18)