UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS MACDOUGALL; RAY SEOW; PRABHANJAN KAVURI; JOSEPH RYAN PARKER; BRYAN LENTZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant-Appellee. | No. 20-56060 <br><br> D.C. No. 8:17-cv-01079-JGB-DFM Central District of California, Santa Ana <br><br> ORDER |

Appellants filed notices of intent to file publicly the opening brief (Docket Entry No. 12) and Volume 4 of the excerpts of record (Docket Entry No. 9). Appellee's motion (Docket Entry No. 17) to file under seal portions of the opening brief and Volume 4 of the excerpts of record is granted.

The Clerk will publicly file the notices (Docket Entry Nos. 9-1, 12-1), the motion (Docket Entry No. 17), and Volumes 1 through 3 of the excerpts of record (Docket Entry No. 11). The Clerk will file under seal the opening brief (Docket Entry No. 12-2) and Volume 4 of the excerpts of record (Docket Entry No. 9-2).

Within 21 days of this order, appellants must submit for public filing redacted versions of the opening brief and Volume 4 of the excerpts of record that track the redactions set forth in appellee's motion to seal. The citations in the brief

ml/Sealed Documents

2

and page numbering in the public volume must remain the same as in the sealed brief and volume.

Appellee's unopposed motion for an extension of time to file the answering brief is granted. The answering brief is due May 21, 2021, and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:
Lisa B. Fitzgerald
Interim Appellate Commissioner
Ninth Circuit Rule 27-7

ml/Sealed Documents                2