| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 19 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DENNIS MACDOUGALL, et al.

        Plaintiffs - Respondents,

  v.

HONDA NORTH AMERICA, INC.,

        Defendant - Petitioner,

------------------------------------------

ALLIANCE FOR AUTOMOTIVE INNOVATION,

        Amicus Curiae - Pending.

No. 23-2859

D.C. No. 8:17-cv-01079-JGB-DFM
Central District of California,
Santa Ana

ORDER

Before: WARDLAW and NGUYEN, Circuit Judges.

The motion for leave to file an amicus curiae brief (Docket Entry No. 4) is granted. The Clerk will file the previously submitted amicus brief (Docket Entry No. 4).

Respondent filed a notice of intent to file publicly the answer to petition for permission to appeal (Docket Entry No. 9). *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal. Therefore, the Clerk will unseal the notice (Docket Entry Nos. 9.1 and 9.2), and file publicly the answer (Docket Entry No. 10).

The motion for leave to file a reply in support of the petition for permission to appeal (Docket Entry No. 11) is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).